UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Allstate Indemnity Co.**

as subrogee of

Ellen Goneconti

as subrogee of

Anthony Goneconti

                           **Plaintiff,**

- against -

**Lowes Companies, Inc.,**

                          **Defendant,**

**ORDER**

7:19-cv-06044-PED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/20

---

**PAUL E. DAVISON, U.S.M.J.**

The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

Dated: September 9, 2020
       White Plains, New York

SO ORDERED:

_____
PAUL E. DAVISON, U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Sep 9, 2020**